UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: : | |
| : | Case No. 16-51636 |
| Raymond Joseph Gagliardi, : | Chapter 7 |
| Dalia Shukri Elkhairi, : | Judge Hoffman |
| : | |
| Debtors. : | |

## MOTION OF CHAPTER 7 TRUSTEE TO SELL 2013 SUBARU BRZ AT AUCTION, FREE AND CLEAR OF ANY LIENS, AND NOTICE OF PUBLIC SALE

Now comes Myron N. Terlecky, Chapter 7 Trustee of this estate, and hereby moves the Court, pursuant to 11 U.S.C. §363(b)(1) and (f), Fed. R. Bankr. P. 6004 and LBR 6004-1, for an Order authorizing him to sell a 2013 Subaru BRZ, the personal property owned by the Debtor, free and clear of any liens. A memorandum in support follows.

Respectfully submitted,

/s/ John W. Kennedy
Myron N. Terlecky (0018628)
John W. Kennedy (0047672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH 43215
Telephone (614) 228-6345
Facsimile (614) 228-6369
Email: mnt@columbuslawyer.net
jwk@columbuslawyer.net
Attorneys for Chapter 7 Trustee

**MEMORANDUM IN SUPPORT**

1. The Debtors, Raymond Joseph Gagliardi and Dalia Shukri Elkhairi, filed their voluntary petition under Chapter 7 of the Bankruptcy Code on March 16, 2016 (the "Petition Date"). Myron N. Terlecky was appointed the Chapter 7 Trustee for the estate of the Debtors (the "Trustee").

2. Among the assets of this estate is the Debtor Raymond Gagliardi's interest in a 2013 Subaru BRZ, Vin No. JF1ZCAC16D1601492 (the "Vehicle"). The Debtors listed the Vehicle in the Schedules of Assets and Liabilities as having a value of $13,660.00.

3. JP Morgan Chase Bank, N.A. ("Chase") has a lien on the Vehicle as reflected on a copy of the Memorandum Certificate of Title attached hereto as Exhibit A. Chase is owed approximately $7,676.40 through the Petition Date, plus any accrued interest. The Trustee proposes to pay Chase on its secured claim from the proceeds of sale without further Order of the Court.

4. 11 U.S.C. §363(f)(3) provides, in part, that the Trustee may sell property free and clear of the interest of an entity other than the debtor if the sales price is greater than the aggregate value of all liens on the property. In this case, the Trustee anticipates the sales price will be greater than all liens on the Vehicle. The Trustee requests authorization to pay, from the proceeds of sale, the secured claim of Chase in the amount of $7,676.40 through the Petition Date, plus any accrued interest.

5. The proposed terms of the auction of the Vehicle are as follows:

    Auctioneer:    Manheim Auto Resale Services, Inc. d/b/a Ohio Banc Auction

    Date, Time and Place of Sale**:**    Tuesday, January 10, 2017
    3905 Jackson Pike, Grove City, Ohio 43123
    beginning at 9:30 a.m.

    Auctioneer's Commission & Compensation $   105.00
       Reimbursement    for    Expenses
      Incurred:
                 Wash and Vacuum Fee: $    28.00
                        Inspection Fee: $    25.00
   **(If applicable)**   Clean and Detail: $    90.00
       **(If applicable)** Pickup Fee: **$**    50.00

and reimbursement for any additional expenses properly incurred.

Based upon the foregoing, the Trustee requests that he be authorized to auction the Vehicle free and clear of the interest of Chase, with the interest of Chase attaching to the proceeds of sale. The Trustee further requests authorization to pay, from the proceeds of sale, the secured claim of Chase in the amount of $7,676.40 through the Petition Date, plus any accrued interest, and that the Court grant such other and further relief as is appropriate.

        Respectfully submitted,

        /s/ John W. Kennedy
        Myron N. Terlecky (0018628)
        John W. Kennedy  (0047672)
        Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
        575 South Third Street
        Columbus, OH 43215
        Telephone (614) 228-6345
        Facsimile (614) 228-6369
        Email:  mnt@columbuslawyer.net
                jwk@columbuslawyer.net
        Attorneys for Chapter 7 Trustee

**NON-NEGOTIABLE - FOR REGISTRATION ONLY**                      EXHIBIT A

ISSUING CITY: FRANKLIN      STATE OF OHIO    No.  23 0159 7931
RESIDENT CITY: FRANKLIN            MEMORANDUM TITLE
                                                       ISSUE DATE
                                                       08/10/2012

IDENTIFICATION NUMBER            YEAR  MAKE  MAKE DESCRIPTION
JF1ZCAC16D1601492                2013  SUBA  SUBARU
COMMENTS                         BODY TYPE  MODEL  MODEL DESCRIPTION
              PURCHASE PRICE     2D    BRL   BRL
              $31,750.00
              TAX                MILEAGE    EVIDENCE
CONVERSION    $1,245.38          6          OH MCO - IN STATE
              MLG BRAND  ACTUAL
BRAND(S)

OWNER
RAYMOND J. GAGLIARDI

7595 SKARLOCKEN GREEN
NEW ALBANY, OH 43054

PREVIOUS OWNER
BYERS MAZDA SUBARU

2455 BILLINGSLEY RD                          25286525   ND002946
COLUMBUS, OH 43235-0000

FIRST LIENHOLDER    DATE OF LIEN:  08/10/2012
JP MORGAN CHASE BANK NA

1111 POLARIS PARKWAY
COLUMBUS, OH 43240

WITNESS MY HAND AND OFFICIAL SEAL THIS 10th DAY OF AUGUST, 2012

                    MARYELLEN O'SHAUGHNESSY
                    CLERK OF COURTS                    KSB2
❦ 111037534                              G             SAJEFFERIS

                                                    EXHIBIT A

## NOTICE OF MOTION OF CHAPTER 7 TRUSTEE TO SELL 2013 SUBARU BRZ AT AUCTION, FREE AND CLEAR OF ANY LIENS, AND NOTICE OF PUBLIC SALE, AND CERTIFICATE OF SERVICE

The Chapter 7 Trustee has filed papers with the court to obtain authorization to sell a 2013 Subaru BRZ at auction.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the Application, **then on or before twenty-one (21) days from the date set forth in the certificate of service for the Application,** you or your attorney must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215, OR your attorney must file a response using the court's ECF system.

The court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF System, or by 2) regular U.S. Mail to:

| | |
|---|---|
| United States Trustee | Myron N. Terlecky, Esq. |
| 170 North High Street, Suite 200 | John W. Kennedy, Esq. |
| Columbus, Ohio 43215 | Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA |
| | 575 South Third Street |
| | Columbus, Ohio 43215 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief without further notice or hearing.

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing MOTION OF CHAPTER 7 TRUSTEE TO SELL 2013 SUBARU BRZ AT AUCTION, FREE AND CLEAR OF ANY LIENS, AND NOTICE OF PUBLIC SALE was served (i) **electronically** on the date of filing through the court's ECF system on all ECF participants registered in the case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on November 14, 2016, addressed to the Debtor, counsel for the Debtor, the Office of the U. S. Trustee, and all creditors and parties in interest as set forth on the attached mailing matrix, and (iii) by **certified mail** on November 14, 2016 addressed to:

JPMorgan Chase Bank, N.A.
Attn: CEO
1111 Polaris Parkway
Columbus, OH 43240

                                                    /s/ John W. Kennedy
                                                  John W. Kennedy (0042672)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:16-bk-51636<br>Southern District of Ohio<br>Columbus<br>Wed Nov  9 10:32:37 EST 2016 | American InfoSource LP as agent for<br>DIRECTV LLC<br>PO Box 5008<br>Carol Stream IL   601975008 | Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 |
| Bank of America<br>PO Box 31785<br>Tampa, FL 33631-3785 | CSL Acquisitions, Ltd.<br>34 South Third Street<br>Columbus, OH 43215-4201 | Cardmember Services<br>PO Box 94014<br>Palatine, IL 60094-4014 |
| Chase<br>PO Box 6026 Mailcode IL1-0054<br>Chicago, IL 60680-6026 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | Douglas M. Mansfield<br>Lape Mansfield Nakasian & Gibson LLC<br>9980 Brewster Lane, Suite 150<br>Powell, OH 43065-7279 |
| Gagliardi Health Solutions LLC<br>7595 Skarlocken Green<br>New Albany, OH 43054-6010 | Immediate Health Associates<br>PO Box 771847<br>Detroit, MI 48277-1847 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>Attn Christopher Hammonds<br>P.O. Box 29550 Mail Code AZ1-1024<br>Phoenix, AZ 85038-9550 | Mount Carmel Health<br>PO Box 89458<br>Cleveland, OH 44101-6458 | Ohio Atty General, Collec. Enforcement<br>Attn:  Bankruptcy Unit<br>150 East Gay Street, 21st Floor<br>Columbus, OH 43215-3191 |
| Ohio Dept. of Taxation<br>Attn. Bankruptcy Division<br>P. O. Box 530<br>Columbus, OH 43266-0030 | Radiology Incorporated<br>PO Box 371863<br>Pittsburgh, PA 15250-7863 | Snap Fitness<br>c/o Rhiannon Beckendorf<br>2411 Galpin Court, Suite 110<br>Chanhassen, MN 55317-4781 |
| Subaru Motors Finance<br>c/o Chase<br>PO Box 9001083<br>Wilmore, KY 40390-1083 | Timothy M. Sullivan<br>25651 Detroit Road Suite 203<br>Westlake, OH 44145-2415 | Towne Properties<br>PO Box 742632<br>Cutler, OH 45724-2632 |
| Dalia Shukri Gagliardi<br>7595 Skarlocken Green<br>New Albany, OH 43054-6010 | Laura M Nesbitt<br>The Nesbitt Law Firm<br>5400 Frantz Road, Suite 210<br>Dublin, OH 43016-6315 | Myron N Terlecky<br>575 S Third Street<br>Columbus, OH 43215-5755 |
| Raymond Joseph Gagliardi<br>7595 Skarlocken Green<br>New Albany, OH 43054-6010 | | |

                    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DirecTV
PO Box 60036
Los Angeles, CA 90060-0036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, NA             (u)CSL Acquisitions, Ltd.             (u)Ohio Department of Taxation
                                    34 South Third Street
                                    Columbus

End of Label Matrix
Mailable recipients    24
Bypassed recipients     3
Total                  27