# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: : | |
| : | Case No. 16-51636 |
| Raymond Joseph Gagliardi and : | Chapter 7 |
| Dalia Shukri Elkhairi (Gagliardi) : | Judge Hoffman |
| : | |
| Debtors. : | |

### REPORT OF PUBLIC SALE OF 2013 SUBARU BRZ

Now comes Myron N. Terlecky, the Chapter 7 Trustee in the within bankruptcy proceeding (the "Trustee") in accordance with Local Bankruptcy Rule 6004-1(b)(2), and states that he caused the following property of the Debtor, Raymond Gagliardi, to be sold:

**Date of Sale:**      January 10, 2017

**Property:**          2013 Subaru

**Price:**             **$15,100.00**

**Expenses of Sale:**

| | | |
|---|---|---|
| Selling Fee | $ | 105.00 |
| Reconditioning Fee | | 122.50 |
| Total: | $ | 227.50 |

**Net to Bankruptcy Estate At This Time:**          $14,872.50[1]

The Vehicle was sold pursuant to the *Order Granting Motion of Chapter 7 Trustee to Sell 2013 Subaru BRZ at Auction Free and Clear of Any Liens and Notice of Public Sale* entered on December 19, 2016 (Doc. 49) (the "Sale Order"). The Court authorized the Trustee to employ Ohio Banc Auction pursuant to an *Order Granting Application of Chapter 7 Trustee for Authority to Employ Ohio Bank Auction as Auctioneer* (the "Employment Order") entered on December 19,

---

[1] From these proceeds, a secured claim will be paid. See below.

2016 (Doc. 48), with the expenses referenced above being properly incurred and retained pursuant to the terms of the Employment Order. The Trustee therefore properly received the sum of $14,872.50. From the proceeds of sale and as authorized in the Sale Order, the sum of $7,853.98 was paid to Chase Auto Finance, which has a secured interest in the Vehicle.

                                        Respectfully submitted,

                                        /s/   Myron N. Terlecky
                                        Myron N. Terlecky  (0018628)
                                        Strip, Hoppers, Leithart,
                                        McGrath & Terlecky Co., LPA
                                        575 South Third St.
                                        Columbus, OH  43215
                                        Telephone  (614)  228-6345
                                        Facsimile  (614)  228-6369
                                        Email:  mnt@columbuslawyer.net
                                        Chapter 7 Trustee

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing REPORT OF SALE was served (i) **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in the case at the email addresses registered with the Court and (ii) by **ordinary U.S. mail** on January 18, 2017, addressed to the following:

Raymond Joseph Gagliardi
7595 Skarlocken Green
New Albany, OH  43054

Dalia Shukri Gagliardi
7595 Skarlocken Green
New Albany, OH  43054

Manheim Auto Resale Services, Inc.
d/b/a Ohio Banc Auction
Attn: Matt Pierson
3905 Jackson Pike
Grove City, OH 43123

JPMorgan Chase Bank, N.A.
Attn: CEO
1111 Polaris Parkway
Columbus, OH 43240

                                                /s/    Myron N Terlecky
                                                Myron N. Terlecky (0018628)