UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 16-51636 |
| Raymond Joseph Gagliardi, | : | Chapter 7 |
| Dalia Shukri Gagliardi, | : | Judge Hoffman |
| | : | |
| Debtors. | : | |

**OBJECTION TO PROOF OF CLAIM FILED ON BEHALF OF**
**THE OHIO DEPARTMENT OF TAXATION,**
**ASSIGNED CLAIM NUMBER 6-1**

Now comes Myron N. Terlecky, Chapter 7 Trustee in the above-case, and hereby objects to the proof of claim filed by the Ohio Department of Taxation, assigned Claim No. 6-1 on the Claims Register (the "Claims"), pursuant to provisions of 11 U.S.C. 502, Federal Rule of Bankruptcy Procedure 3007 and Local Bankruptcy Rule 3007-1.

1. PROOF OF CLAIM:

    Claim No.           6-1

    Claimant:           Ohio Department of Taxation

    Claim Amount:       $20,000.00

    Date Filed:         November 3, 2016

2. BASIS FOR THE OBJECTION:

Claim No. 6-1 (the "Claim") alleges that it is a priority claim pursuant to 11 U.S.C. §507(a)(8). The Trustee objects to the Claim on the basis that there are no documents attached to the Claim to substantiate the amount of Claim and the Claim was filed by the Debtors' attorney. As a result, the Trustee requests that the Claim be denied.

1

3. REQUESTED RELIEF:

The Trustee requests that the Court enter an Order sustaining the Trustee's Objection to the Claim and that the Court grant such other and further relief as is appropriate.

Respectfully submitted,

/s/ Myron N. Terlecky
Myron N. Terlecky (0018628)
Strip, Hoppers, Leithart,
McGrath & Terlecky Co., LPA
575 South Third St.
Columbus, OH 43215
Telephone (614) 228-6345
Facsimile (614) 228-6369
mnt@columbuslawyer.net
Attorneys for Chapter 7 Trustee

## NOTICE OF OBJECTION TO PROOF OF CLAIM FILED BY DIRK GRIZZLE, ASSIGNED CLAIM NUMBER 104 AND CERTIFICATE OF SERVICE

The Chapter 7 Trustee has filed an Objection to your Claim No. 6-1 filed in this bankruptcy case.

**Your claims may be reduced, modified, or eliminated.  Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to reduce, modify, or eliminate your claim, then on or before **thirty (30) days from the date set forth in the Certificate of Service to this Objection to Claim,** you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215, OR your attorney must file a response using the court's ECF system.

The court must **receive** your response on or before the date set forth above.

You must also send a copy of your response either by 1) the court's ECF System, or by 2) regular U.S. Mail to:

United States Trustee  
170 North High Street, Suite 200  
Columbus, Ohio 43215  

Myron N. Terlecky, Esq.  
Strip, Hoppers, Leithart, McGrath  
& Terlecky Co., LPA  
575 South Third Street  
Columbus, Ohio 43215  

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Objection to Claim and may enter an order granting that relief without further notice or hearing.

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing OBJECTION TO PROOF OF CLAIM FILED ON BEHALF OF THE OHIO DEPARTMENT OF TAXATION, ASSIGNED CLAIM NUMBER 6-1 was served (i) **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in the case at the email addresses registered with the Court and (ii) by **ordinary U.S. mail,** postage prepaid, on April 27, 2017, addressed to the parties listed below:

Office of the US Trustee
170 North High Street, Suite 200
Columbus, OH 43215

Laura M. Nesbitt
5400 Frantz Road, Ste. 210
Dublin, OH 43016

Raymond Joseph Gagliardi
7595 Skarlocken Green
New Albany, OH 43054

Dalia Shukri Gagliardi
7595 Skarlocken Green
New Albany, OH 43054

Manheim Auto Resale Services, Inc.
d/b/a Ohio Banc Auction
Attn: Matt Pierson
3905 Jackson Pike
Grove City, OH 43123

Ohio Dept. of Taxation
ATTN: Bankruptcy Division
P O Box 530
Columbus, OH 43266-0030

Ohio Attorney General
Collections Enforcement Section
ATTN: Bankruptcy Unit
150 East Gay St., 21st Floor
Columbus, OH 43215

    /s/ Myron N. Terlecky
    Myron N. Terlecky (0018628)