**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: June 2, 2017**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | : |
| | : Case No. 16-51636 |
| Raymond Joseph Gagliardi, | : Chapter 7 |
| Dalia Shukri Gagliardi | : Judge Hoffman |
| | : |
| Debtors. | : |

### ORDER GRANTING OBJECTION TO PROOF OF CLAIM FILED ON BEHALF OF THE OHIO DEPARTMENT OF TAXATION, ASSIGNED CLAIM NUMBER 6-1 (DOC. 57)

This matter came before the Court upon the *Objection to Proof of Claim filed on Behalf of The Ohio Department of Taxation, Assigned Claim Number 6-1* (the "Objection"), filed by the Chapter 7 Trustee on April 27, 2017 (Doc. 57). The Objection was served upon the Debtors, counsel for the Debtors, the Office of the U. S. Trustee and the Ohio Department of Taxation. No objection to the Objection was filed. The Objection seeks an Order disallowing the Claim of the

Ohio Department of Taxation filed on behalf of the Debtors by their attorney on November 11, 2016, and assigned Claim No. 6-1 on the Claims Register (the "Ohio Department of Taxation Claim"), as a priority claim.

Notice of the Objection was given in accordance with Rule 3007 of the Rules of Bankruptcy Procedure and LBR 3007-1, and no timely objection or responsive pleading to the Objection was filed with the Court or served upon the Trustee. Upon consideration of the Objection by the Trustee, the Court finds that it is well-taken and should be sustained.

NOW, THEREFORE, IT IS ORDERED that the *Objection to Proof of Claim filed on Behalf of The Ohio Department of Taxation, Assigned Claim Number 6-1,* be, and it hereby is, Sustained, and that the proof of claim of the Ohio Department of Taxation, filed November 3, 2016 and assigned Claim No. 6-1 on the Claims Register, is hereby disallowed.

IT IS SO ORDERED.

SUBMITTED BY:

/s/ Myron N. Terlecky
Myron N. Terlecky (0018628)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH 43215
Telephone (614) 228-6345
Facsimile (614) 228-6369
Chapter 7 Trustee


Copies to: Default List plus:

Ohio Dept. of Taxation
ATTN: Bankruptcy Division
P O Box 530
Columbus, OH  43266-0030

# # #