# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 2:16-BK-51636 |
| | § | |
| RAYMOND JOSEPH GAGLIARDI | § | |
| DALIA SHUKRI GAGLIARDI | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Myron N. Terlecky, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $926,052.58 | Assets Exempt: | $7,500.00 |
| Total Distributions to Claimants: | $19,112.94 | Claims Discharged Without Payment: | $565,458.09 |
| Total Expenses of Administration: | $4,112.06 | | |

3) Total gross receipts of $26,900.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $3,675.00 (see **Exhibit 2),** yielded net receipts of $23,225.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $243,751.49 | $383,481.29 | $7,853.98 | $7,853.98 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $4,112.06 | $4,112.06 | $4,112.06 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $25,000.00 | $29,696.15 | $9,696.15 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $347,121.77 | $460,283.68 | $460,283.68 | $11,258.96 |
| **Total Disbursements** | $615,873.26 | $877,573.18 | $481,945.87 | $23,225.00 |

4). This case was originally filed under chapter 7 on 03/16/2016. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/09/2017         By:   /s/ Myron N. Terlecky
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2011 General Motors Acadia 120,000 mileage value per KBB.com | 1129-000 | $11,800.00 |
| 2013 Subaru BRZ 45,000 mileage | 1129-000 | $15,100.00 |
| **TOTAL GROSS RECEIPTS** | | **$26,900.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| RAYMOND GAGLIARDI | Exemptions | 8100-002 | $3,675.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,675.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Bank of America | 4110-000 | $42,572.00 | $363,127.31 | $0.00 | $0.00 |
| 5 | CSL Acquisitions, Ltd. | 4110-000 | $0.00 | $12,500.00 | $0.00 | $0.00 |
| | Chase | 4110-000 | $192,000.00 | $0.00 | $0.00 | $0.00 |
| | Chase Auto Finance | 4210-000 | $0.00 | $7,853.98 | $7,853.98 | $7,853.98 |
| | Subaru Motors Finance | 4110-000 | $9,179.49 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$243,751.49** | **$383,481.29** | **$7,853.98** | **$7,853.98** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Myron N. Terlecky, Trustee | 2100-000 | NA | $3,072.50 | $3,072.50 | $3,072.50 |
| Myron N. Terlecky, Trustee | 2200-000 | NA | $504.74 | $504.74 | $504.74 |
| Pinnacle Bank | 2600-000 | NA | $79.82 | $79.82 | $79.82 |
| Sale Fees, Auctioneer for Trustee | 3610-000 | NA | $105.00 | $105.00 | $105.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Selling Fee, Auctioneer for Trustee | 3610-000 | NA | $105.00 | $105.00 | $105.00 |
| Appearance Reconditioning Fee, Auctioneer for Trustee | 3620-000 | NA | $40.00 | $40.00 | $40.00 |
| Reconditioning Fees, Auctioneer for Trustee | 3620-000 | NA | $122.50 | $122.50 | $122.50 |
| Transportation Fee, Auctioneer for Trustee | 3620-000 | NA | $82.50 | $82.50 | $82.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,112.06 | $4,112.06 | $4,112.06 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | $5,000.00 | $5,278.73 | $5,278.73 | $0.00 |
| 6 | Ohio Dept. of Taxation | 5800-000 | $20,000.00 | $20,000.00 | $0.00 | $0.00 |
| 7 | RITA | 5800-000 | $0.00 | $4,417.42 | $4,417.42 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $25,000.00 | $29,696.15 | $9,696.15 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | Internal Revenue Service | 7300-000 | $0.00 | $418.37 | $418.37 | $0.00 |
| 2 | JPMorgan Chase Bank, N.A. | 7100-000 | $0.00 | $189,467.27 | $189,467.27 | $4,638.76 |
| 3 | American InfoSource LP as agent for | 7100-000 | $384.55 | $92.98 | $92.98 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 3; American InfoSource LP as agent for) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.32 |
| | Clerk, US Bankruptcy Court (Claim No. 3; American InfoSource LP as agent for) | 7100-001 | $0.00 | $0.00 | $0.00 | $1.96 |
| 5A | CSL | 7100-000 | $240,000.00 | $270,305.06 | $270,305.06 | $6,617.92 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Acquisitions, Ltd. | | | | | |
| Cardmember Services | 7100-000 | $2,418.13 | $0.00 | $0.00 | $0.00 |
| Cardmember Services | 7100-000 | $6,700.00 | $0.00 | $0.00 | $0.00 |
| Immediate Health Associates | 7100-000 | $544.00 | $0.00 | $0.00 | $0.00 |
| Mount Carmel Health | 7100-000 | $3,959.28 | $0.00 | $0.00 | $0.00 |
| Radiology Incorporated | 7100-000 | $218.00 | $0.00 | $0.00 | $0.00 |
| Snap Fitness | 7100-000 | $92,472.81 | $0.00 | $0.00 | $0.00 |
| Towne Properties | 7100-000 | $425.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $347,121.77 | $460,283.68 | $460,283.68 | $11,258.96 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 16-51636-JEH | Trustee Name: | Myron N. Terlecky |
|---|---|---|---|
| Case Name: | GAGLIARDI, RAYMOND JOSEPH AND GAGLIARDI, DALIA SHUKRI | Date Filed (f) or Converted (c): | 03/16/2016 (f) |
| For the Period Ending: | 11/9/2017 | §341(a) Meeting Date: | 04/25/2016 |
| | | Claims Bar Date: | 07/26/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  7595 Skarlocken Green  New Albany, OH - 43054-6010  Franklin County Single-family home | $445,000.00 | $210,428.00 | | $0.00 | FA |
| 2  2011 General Motors Acadia 120,000 mileage value per KBB.com | $10,000.00 | $10,000.00 | | $11,800.00 | FA |
| 3  1999 Jeep Cherokee Sportage 180,000 mileage | $500.00 | $500.00 | | $0.00 | FA |
| 4  2013 Subaru BRZ 45,000 mileage | $13,660.00 | $4,480.51 | | $15,100.00 | FA |
| 5  Misc. household goods and furnishings; no item worth more than  $525 | $7,500.00 | $7,500.00 | | $0.00 | FA |
| 6  Few laptops | $3,000.00 | $0.00 | | $0.00 | FA |
| 7  Misc. artworks | $300.00 | $300.00 | | $0.00 | FA |
| 8  Misc. sporting goods. | $500.00 | $500.00 | | $0.00 | FA |
| 9  Misc. clothing | $500.00 | $500.00 | | $0.00 | FA |
| 10  Wedding and engagement rings | $1,500.00 | $0.00 | | $0.00 | FA |
| 11  Dog | Unknown | $0.00 | | $0.00 | FA |
| 12  Cash | $300.00 | $300.00 | | $0.00 | FA |
| 13  Checking Jt. Chase, account ending 0951 | $500.00 | $500.00 | | $0.00 | FA |
| 14  Savings Jt. Chase, account ending 5256 | $1,300.00 | $1,300.00 | | $0.00 | FA |
| 15  Gagliardi Health Solutions, LLC 100% % | Unknown | $0.00 | | $0.00 | FA |
| 16  IRA J.P. Morgan, account ending 05898 (not property of the estate) | $308,001.51 | $308,001.51 | | $0.00 | FA |
| 17  IRA J.P. Morgan, account ending 05891 (not property of the estate) | $155,242.94 | $155,242.94 | | $0.00 | FA |
| 18  Retirement ProMedica Health System, Retirement (not property of the estate) | $6,408.13 | $6,408.13 | | $0.00 | FA |
| 19  Licensed Medical Doctor (husband) | $0.00 | $0.00 | | $0.00 | FA |
| 20  Licensed Medical Doctor (wife) | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets**
| | $954,212.58 | $705,961.09 | | $26,900.00 | $0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2  Exhibit 8

| Case No.: | 16-51636-JEH | Trustee Name: | Myron N. Terlecky |
|---|---|---|---|
| Case Name: | GAGLIARDI, RAYMOND JOSEPH AND GAGLIARDI, DALIA SHUKRI | Date Filed (f) or Converted (c): | 03/16/2016 (f) |
| For the Period Ending: | 11/9/2017 | §341(a) Meeting Date: | 04/25/2016 |
| | | Claims Bar Date: | 07/26/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 06/07/2017 | Vehicles were sold as reflected in the Reports of Sale filed January 18, 2017 (Doc. 53) and filed April 20, 2017 (Doc. 56). On June 2, 2017, an Order Granting an Objection to a Proof of Claim was entered (See, Doc. 60). The case may be closed. |
| 10/11/2016 | Title to 2011 GMC Received Today |
| 06/30/2016 | The Debtors are not interested in purchasing the non-exempt equity in the vehicles. They will be sold at auction. |
| 06/24/2016 | A Stipulation on Claim of Exemption was entered on May 24, 2016. On May 19, and again on June 21, 2016, the Trustee inquired regarding the non-exempt equity in the motor vehicles. Since the motor vehicles were not turned over and no agreement was reached on the purchase of the non-exempt equity, the deadline for objecting to the discharge has been extended until September 30, 2016. |

Initial Projected Date Of Final Report (TFR):   12/30/2016      Current Projected Date Of Final Report (TFR):   12/30/2016      /s/ MYRON N. TERLECKY

MYRON N. TERLECKY

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-51636-JEH | Trustee Name: | Myron N. Terlecky |
|---|---|---|---|
| Case Name: | GAGLIARDI, RAYMOND JOSEPH AND GAGLIARDI, DALIA SHUKRI | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9128 | Checking Acct #: | ******0150 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/16/2016 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 11/9/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/17/2017 | | Manheim Ohio | Payment on Sale of Vehicle | * | $14,872.50 | | $14,872.50 |
| | {4} | | $15,100.00 | 1129-000 | | | $14,872.50 |
| | | | Sale Fees $(105.00) | 3610-000 | | | $14,872.50 |
| | | | Reconditioning Fees $(122.50) | 3620-000 | | | $14,872.50 |
| 01/20/2017 | 3001 | Chase Auto Finance | Payment in Full of Outstanding Loan Obligation | 4210-000 | | $7,853.98 | $7,018.52 |
| 02/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $10.84 | $7,007.68 |
| 03/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $10.22 | $6,997.46 |
| 04/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $11.29 | $6,986.17 |
| 04/19/2017 | | Manheim Ohio | Payment on Sale of Vehicle | * | $11,572.50 | | $18,558.67 |
| | {2} | | $11,800.00 | 1129-000 | | | $18,558.67 |
| | | | Selling Fee $(105.00) | 3610-000 | | | $18,558.67 |
| | | | Appearance Reconditioning Fee $(40.00) | 3620-000 | | | $18,558.67 |
| | | | Transportation Fee $(82.50) | 3620-000 | | | $18,558.67 |
| 04/25/2017 | 3002 | RAYMOND GAGLIARDI | Exemption Funds paid to Debtor pursuant to the Stipulation with Chapter 7 Trustee and CoDebtor filed on May 24, 2016. | 8100-002 | | $3,675.00 | $14,883.67 |
| 05/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $17.54 | $14,866.13 |
| 06/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $29.93 | $14,836.20 |
| 08/14/2017 | 3003 | Myron N. Terlecky | Trustee Expenses | 2200-000 | | $504.74 | $14,331.46 |
| 08/14/2017 | 3004 | Myron N. Terlecky | Trustee Compensation | 2100-000 | | $3,072.50 | $11,258.96 |
| 08/14/2017 | 3005 | Internal Revenue Service | Claim #: 1; Amount Claimed: 5,278.73; Distribution Dividend: 100.00; Account Number: ; Amount Allowed: 5,278.73; | 5800-000 | | $5,278.73 | $5,980.23 |
| 08/14/2017 | 3006 | RITA | Claim #: 7; Amount Claimed: 4,417.42; Distribution Dividend: 100.00; Account Number: ; Amount Allowed: 4,417.42; | 5800-000 | | $4,417.42 | $1,562.81 |
| 08/14/2017 | 3007 | JPMorgan Chase Bank, N.A. | Claim #: 2; Amount Claimed: 189,467.27; Distribution Dividend: 0.34; Account Number: 2001; Amount Allowed: 189,467.27; | 7100-000 | | $643.88 | $918.93 |

**SUBTOTALS** $26,445.00   $25,526.07

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-51636-JEH | | Trustee Name: | Myron N. Terlecky |
| --- | --- | --- | --- | --- |
| Case Name: | GAGLIARDI, RAYMOND JOSEPH AND GAGLIARDI, DALIA SHUKRI | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9128 | | Checking Acct #: | ******0150 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/16/2016 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 11/9/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/14/2017 | 3008 | Clerk, US Bankruptcy Court | Small Dividends | * | | $0.32 | $918.61 |
| | | | Claim Amount $(0.32) | 7100-001 | | | $918.61 |
| 08/14/2017 | 3009 | CSL Acquisitions, Ltd. | Claim #: 5; Amount Claimed: 270,305.06; Distribution Dividend: 0.34; Account Number: ; Amount Allowed: 270,305.06; | 7100-000 | | $918.61 | $0.00 |
| 09/15/2017 | 3005 | VOID: Internal Revenue Service | | 5800-003 | | ($5,278.73) | $5,278.73 |
| 09/15/2017 | 3006 | VOID: RITA | | 5800-003 | | ($4,417.42) | $9,696.15 |
| 10/04/2017 | 3010 | JPMorgan Chase Bank, N.A. | Claim #: 2; Amount Claimed: 189,467.27; Distribution Dividend: 2.45; Account Number: 2001; Amount Allowed: 189,467.27; | 7100-000 | | $3,994.88 | $5,701.27 |
| 10/04/2017 | 3011 | Clerk, US Bankruptcy Court | Small Dividends | * | | $1.96 | $5,699.31 |
| | | | Claim Amount $(1.96) | 7100-001 | | | $5,699.31 |
| 10/04/2017 | 3012 | CSL Acquisitions, Ltd. | Claim #: 5; Amount Claimed: 270,305.06; Distribution Dividend: 2.45; Account Number: ; Amount Allowed: 270,305.06; | 7100-000 | | $5,699.31 | $0.00 |

**SUBTOTALS** $0.00 $918.93

**FORM 2** Page No: 3 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-51636-JEH | Trustee Name: | Myron N. Terlecky |
|---|---|---|---|
| Case Name: | GAGLIARDI, RAYMOND JOSEPH AND GAGLIARDI, DALIA SHUKRI | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9128 | Checking Acct #: | ******0150 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/16/2016 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 11/9/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | **TOTALS:** | | $26,445.00 | $26,445.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $26,445.00 | $26,445.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $3,675.00 | |
| | | | **Net** | | $26,445.00 | $22,770.00 | |

**For the period of 3/16/2016 to 11/9/2017**

| | |
|---|---|
| Total Compensable Receipts: | $26,900.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $26,900.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $23,225.00 |
| Total Non-Compensable Disbursements: | $3,675.00 |
| Total Comp/Non Comp Disbursements: | $26,900.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/16/2017 to 11/9/2017**

| | |
|---|---|
| Total Compensable Receipts: | $26,900.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $26,900.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $23,225.00 |
| Total Non-Compensable Disbursements: | $3,675.00 |
| Total Comp/Non Comp Disbursements: | $26,900.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 4    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-51636-JEH | Trustee Name: | Myron N. Terlecky |
|---|---|---|---|
| Case Name: | GAGLIARDI, RAYMOND JOSEPH AND GAGLIARDI, DALIA SHUKRI | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9128 | Checking Acct #: | ******0150 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/16/2016 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 11/9/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $26,445.00 | $26,445.00 | $0.00 |

| For the period of 3/16/2016 to 11/9/2017 | | For the entire history of the case between 03/16/2016 to 11/9/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $26,900.00 | Total Compensable Receipts: | $26,900.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $26,900.00 | Total Comp/Non Comp Receipts: | $26,900.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $23,225.00 | Total Compensable Disbursements: | $23,225.00 |
| Total Non-Compensable Disbursements: | $3,675.00 | Total Non-Compensable Disbursements: | $3,675.00 |
| Total Comp/Non Comp Disbursements: | $26,900.00 | Total Comp/Non Comp Disbursements: | $26,900.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ MYRON N. TERLECKY

MYRON N. TERLECKY